

**FILED & ENTERED**

JUL 28 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Javier Correa,<br><br><br><br><br>Debtor(s). | Case No: 2:10-bk-34271-VZ<br><br>Chapter: 13<br><br>ORDER DISMISSING CASE<br><br>[No Hearing Required] |

    On June 15, 2010, Rhonda Walker, as attorney for Javier Correa, Debtor, initiated the above-captioned bankruptcy case on behalf of Debtor by filing a petition under Chapter 13 of the Bankruptcy Code.  On June 14, 2010, in Case Number 2:10-bk-30686-VZ, a prior case filed by Rhonda Walker on behalf of Debtor, this Court entered an order dismissing Case Number 2:10-bk-30686-VZ with a 180 day bar against refiling because Debtor failed to file documents required under F.R.B.P. 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents was timely filed.

    Rhonda Walker, as attorney for Debtor, filed the above-captioned case without seeking relief from the June 14, 2010 Order.  On July 22, 2010, Rhonda Walker was barred from practice before this

- 1

1  Court.  Based on the foregoing, IT IS ORDERED that the above captioned bankruptcy case is

2  DISMISSED.

DATED: July 28, 2010

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING EX PARTE APPLICATION FOR AN ORDER TO SET ASIDE ORDER BARRING OF BANKRUPTCY FILING FOR 180 DAYS  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 26, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (LA):     ustpregion16.la.ecf@usdoj.gov
Chapter 13 Trustee: Nancy K Curry     ecfnc@trustee13.com
Attorney for Debtor: Rhonda K Walker     rhonda@rhondawalkerattorney.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

*Debtor*
**Javier Correa**
13517 Delavan St
Norwalk, CA 90650

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page